```
BENJAMIN B. WAGNER
United States Attorney
MICHAEL M. BECKWITH
Assistant U.S. Attorney
501 I St., Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2729
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>                            )<br>         Plaintiff,         )<br>                            )<br>    v.                      )<br>                            )<br>                            )<br>KOUTKEO THI,                )<br>                            )<br>         Defendant.         )<br>_____) | CR. No. S-08-389 GEB<br><br>MOTION TO DISMISS COUNT ONE<br>OF THE INDICTMENT<br>AND ORDER |

**ORDER**

For the reasons set forth in the motion to dismiss filed by the United States, **IT IS HEREBY ORDERED** that:

Count one of the indictment against defendant KOUTKEO THI in Case No. CR-S-08-389 GEB is hereby DISMISSED pursuant to Federal Rule of Criminal Procedure 48(a) without prejudice.

Dated: September 28, 2011

_____
GARLAND E. BURRELL, JR.
United States District Judge

1